■      ELIZABETH A. LYMAN, Respondent, v. GENE GRAHAM FORD, INC., Appellant.—Appeal from an order of the Schenectady County Court at Special Term, entered July 30, 1971 in Schenectady County, which granted plaintiff's motion for summary judgment. An examination of the record reveals there are questions of fact which must be determined at a trial. Summary judgment, therefore, was improperly granted. Order reversed, on the law, and motion denied, without costs. Herlihy, P. J., Staley, Jr., Sweeney, Simons and Kane JJ., concur.